UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:20–mj–511

   v.                                 Hon. Ray Kent

JAMES ALLEN MOORE,

       Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

| | |
|---|---|
| Type of hearing(s): | Arraignment<br>Detention Hearing<br>Initial Pretrial Conference |
| Date/Time: | December 17, 2020   10:30 AM<br>*(previously set for 12/17/2020 at 10:30 AM in person)* |
| Magistrate Judge: | Ray Kent |
| Place/Location: | by video |

*ALL PARTIES SHALL APPEAR BY VIDEO. THE COURT WILL SUPPLY THE LINK.*

                                              RAY KENT
                                              U.S. Magistrate Judge

Dated:  December 15, 2020       By:   /s/ Faith Hunter Webb
                                                       Judicial Assistant